DANSKER REALTY & SECURITIES CORP., Respondent, v. CARY L. WELLINGTON, Appellant.— Appeal by defendant from an order denying his motion to vacate a warrant of attachment and to vacate an order for service by publication.

Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur. [191 Misc. 1010.]